Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–32250–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brian M Schoener | Amy N Schoener |
| 43 Milestone Drive | 43 Milestone Drive |
| Ringoes, NJ 08551 | Ringoes, NJ 08551 |

Social Security No.:
  xxx–xx–3511                                                                  xxx–xx–5160

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            1/9/18
Time:           10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 13, 2017
JAN: gan

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

```
                                United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                         Case No. 17-32250-MBK
Brian M Schoener                                                               Chapter 13
Amy N Schoener
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 3                   Date Rcvd: Nov 13, 2017
                              Form ID: 132                  Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db/jdb         +Brian M Schoener,    Amy N Schoener,    43 Milestone Drive,    Ringoes, NJ 08551-2039
517157058      +Aes/wells,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517157061      +American Profit Recovery,    34505 W. 12 Mile Road, Ste 333,     Farmington, MI 48331-3288
517157062      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517157064     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517157065       Best Buy Credit Services,    P.O. Box 9001007,    Louisville, KY 40290-1007
517157066      +Cambridge Property Management Services,     301 Birch Hollow Drive,    Bordentown, NJ 08505-4253
517157067       Capital Health Advanced Imaging PC,     P.O. Box 3246,    Indianapolis, IN 46206-3246
517157068       Capital Health Medical Center-Hopewell,     One Capital Way,    Pennington, NJ 08534-2520
517157069      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517157070       Capital One Retail Services,    P.O Box 71106,    Charlotte, NC 28272-1106
517157071      +Capital One/Helzberg,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517157076       Chase Receivables,    P.O. Box 659,    Caldwell, NJ 07007-0659
517157077       Citibank, N.A.,    P.O. Box 790131,    Saint Louis, MO 63179-0131
517157078      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
                 S Louis, MO 63179-0040
517157079      +Comenity Bank/Mandees,    Po Box 182125,    Columbus, OH 43218-2125
517157080      +Complete Collection Services,    1007 N. Federal Hwy.#280,     Fort Lauderdale, FL 33304-1422
517157081       Costco Anywhere Visa Card by Citi,     P.O. Box 790057,    Saint Louis, MO 63179-0057
517157082      +D & A Services,    1400 E Touhy Ave, Ste G2,    Des Plaines, IL 60018-3338
517157083      +David Nenna MD, PA,    1465 Route 31 South, The Concourse at BB,     Annandale, NJ 08801-3129
517157084      +Direct TV,    PO Box 5007,    Carol Stream, IL 60197-5007
517157087       ERC,    PO Box 23870,    Jacksonville, FL 32241-3870
517157086      +Educaid-wach/Wells Fargo,    Wells Fargo BK Dept. MAC X2505-033,     Po Box 10438,
                 DesMoines, IA 50306-0438
517157089      +GC Services LP,    6330 Gulfton,    Houston, TX 77081-1198
517157090       Hamilton Dental Assoc,    2929 Klockner Rd,    Trenton, NJ 08690-2809
517157091       Hunterdon Center for Surgery LLC,     9100 Wescott Drive, Ste 201,    Flemington, NJ 08822-4677
517157092      +Hunterdon Family Physicians,    111 Route 31, Ste 111,     Flemington, NJ 08822-4953
517157093       Hunterdon Medical Center,    10604 Justin Dr,    Urbandale, IA 50322-3755
517157094      +Hunterdon Orthopedic Institute PA,     8100 Wescott Drive, Ste 101,    Flemington, NJ 08822-4671
517157095      +Hunterdon Otolaryngology Assoc,    6 Sand Hill Road, Ste 302,     Flemington, NJ 08822-4946
517157096       IC System,    P.O. Box 64437,    Saint Paul, MN 55164-0437
517157098      +Jefferson Health,    833 Chestnut Street, Ste 115,    Philadelphia, PA 19107-4401
517157100      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517157099      +Kevan Brown & Ruby Brown,    39 Clydesdale Drive,    Burlington, NJ 08016-3078
517157102       Laboratory Corp of America Holdings,     P.O. Box 2240,    Burlington, NC 27216-2240
517157103       Laboratory Corp of America Holdings,     Attn: LCA Collections P.O. Box 2240,
                 Burlington, NC 27216-2240
517157104      +Lawn Tech,    254 Little York Pattenburg Road,    Milford, NJ 08848-2060
517157106      +Lyons, Doughty, Veldhuis,    136 Gaither Dr, Suite 100,     Mount Laurel, NJ 08054-2239
517157111      +Midland Funding LLC assgnee Synchrony Bk,     c/o Pressler & Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517157112      +Midwest Recovery Syste,    Po Box 899,    Florissant, MO 63032-0899
517157117       NJ Spine and Pain Center, Inc,    2109-2111 Klockner Road,     Trenton, NJ 08690-3403
517157118      +NJ Turnpike Authority,    P.O. Box 4971,    Trenton, NJ 08650-4971
517157113       Nationwide Credit, Inc,    P.O. Box 14581,    Des Moines, IA 50306-3581
517157115      +Nissan Motor Acceptance Corp/Infinity Lt,     Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
517157134      +PSE&G - Bankruptcy Dept.,    PO Box 490,    Cranford, NJ 07016-0490
517157119      +Peak 5,    6782 S Potomac St,    Englewood, CO 80112-4585
517157121       Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
517157120       Penn Medicine,    UPHS Physicians Patient Pay,    P.O. Box 824406,    Philadelphia, PA 19182-4406
517157122      +Pink Breast Center,    680 Broadway, Ste 111,    Paterson, NJ 07514-1526
517157127      +Premier Family Medicine,    5 Walter Foran Blvd, Ste 4000,     Flemington, NJ 08822-4675
517157129      +Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517157130       Princeton Surgical Specialties, PA,     300B Princeton Hightstown Road, Ste 101,
                 Hightstown, NJ 08520-1400
517157131       ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
517157132      +Progressive Financial Services, INc,     P.O. Box 22083,    Tempe, AZ 85285-2083
517157135       Quest Diagnostics,    P.O. Box 7308,    Hollister, MO 65673-7308
517157140       RWJ Physician Enterprise PA,    P.O. Box 826405,    Philadelphia, PA 19182-6405
517157136      +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
517157142       Selip & Stylianou, LLP,    199 Crossways Park Drive, P.O. Box 366,     Woodbury, NY 11797-0366
517157150      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517157153      +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,     Ste 906,   Hamilton Square, NJ 08690-1717
517157155      +Visa Dept Store National Bank/Macy’s,     Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
517157156       Walter S. Lapicki, DO,    P.O. Box 29,    Oldwick, NJ 08858-0029
517157157      +Wells Fargo Education Fncl Srvs,    Attn: Bankruptcy,     Po Box 5185,
                 Sioux Falls, SD 57117-5185
517157158      +Wellsfargo,    Attn: Bankruptcy,    Po Box 9210,    Des Moines, IA 50306-9210
```

```
District/off: 0312-3          User: admin              Page 2 of 3                   Date Rcvd: Nov 13, 2017
                              Form ID: 132             Total Noticed: 96
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 13 2017 23:36:37      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 13 2017 23:36:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517157060       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 13 2017 23:36:42      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
517157063       E-mail/Text: legal@arsnational.com Nov 13 2017 23:36:24      ARS National Services Inc,
                 P.O. Box 469046,    Escondido, CA 92046-9046
517157057      +E-mail/Text: bknotices@conduent.com Nov 13 2017 23:37:22      Acs/slm Trust,   501 Bleecker St,
                 Utica, NY 13501-2401
517157059      +E-mail/Text: ally@ebn.phinsolutions.com Nov 13 2017 23:35:55      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,   Bloomington, MN 55438-0901
517157072      +E-mail/Text: bankruptcy@cavps.com Nov 13 2017 23:36:46      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517157073      +E-mail/Text: bankruptcy@cavps.com Nov 13 2017 23:36:46      Cavalry Portfolio Services, LLC,
                 P.O. Box 520,   Valhalla, NY 10595-0520
517157074      +E-mail/Text: kzoepfel@credit-control.com Nov 13 2017 23:36:39      Central Loan Admin & R,
                 425 Phillips Bv,    Ewing, NJ 08618-1430
517157075      +E-mail/Text: bankruptcy@certifiedcollection.com Nov 13 2017 23:36:26
                 Certified Credit & Collection Bureau,    P.O. Box 1750,   Whitehouse Station, NJ 08889-1750
517174292       E-mail/Text: mrdiscen@discover.com Nov 13 2017 23:35:55      Discover Bank,
                 Discover Products Inc.,    PO Box 3025,   New Albany, OH 43054-3025
517157085      +E-mail/Text: mrdiscen@discover.com Nov 13 2017 23:35:55      Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
517157088      +E-mail/Text: fggbanko@fgny.com Nov 13 2017 23:35:58      Forster, Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
517157097       E-mail/Text: cio.bncmail@irs.gov Nov 13 2017 23:36:07      IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517157101      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 13 2017 23:35:58      Kohls/Capital One,
                 Kohls Credit,   Po Box 3043,    Milwaukee, WI 53201-3043
517157105      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2017 23:46:34
                 LVNV Funding/Resurgent Capital,    Po Box 10497,   Greenville, SC 29603-0497
517157107      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 13 2017 23:36:34      Midland Credit Management, Inc,
                 2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517157109      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 13 2017 23:36:34      Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,   San Diego, CA 92193-9069
517157114      +E-mail/PDF: pa_dc_claims@navient.com Nov 13 2017 23:39:33      Navient,   Attn: Bankruptcy,
                 Po Box 9500,   Wilkes-Barr, PA 18773-9500
517157123       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2017 23:46:24
                 Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
517157125       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2017 23:46:46
                 Portfolio Recovery Associates LLC,    P.O. Box 12914,   Norfolk, VA 23541
517157133      +E-mail/Text: bknotices@providentnj.com Nov 13 2017 23:37:06      Provident Bank,
                 100 Wood Ave S,    Iselin, NJ 08830-2716
517157138      +E-mail/Text: bkdepartment@rtresolutions.com Nov 13 2017 23:36:43      Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,   Dallas, TX 75235-1655
517157139      +E-mail/Text: bkrpt@retrievalmasters.com Nov 13 2017 23:36:34
                 Retrieval Masters Creditors Bureau, Inc,    4 Westchester Plaza, Ste 110,
                 Elmsford, NY 10523-1616
517157144      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 23:39:27      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517158350      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 23:39:16      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517157145      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 23:39:27      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517157146      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 23:39:16      Synchrony Bank/Gap,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517157147      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 23:39:05      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517157149      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 23:39:05      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517157152       E-mail/Text: bankruptcy@td.com Nov 13 2017 23:36:40      Td Banknorth,   Attn: Bankruptcy,
                 Po Box 1190,    Lewston, ME 04243
517157151      +E-mail/Text: bankruptcy@td.com Nov 13 2017 23:36:40      TD Bank,   1701 Route 70 East,
                 Cherry Hill, NJ 08003-2335
                                                                                                TOTAL: 32

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517157108*     +Midland Credit Management, Inc,    2365 Northside Drive, Ste 300,   San Diego, CA 92108-2709
517157110*     +Midland Funding,    Attn: Bankruptcy,   Po Box 939069,   San Diego, CA 92193-9069
517157116*     +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,   Po Box 660360,
                 Dallas, TX 75266-0360
517157124*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541)
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Nov 13, 2017
                              Form ID: 132             Total Noticed: 96


             ***** BYPASSED RECIPIENTS (continued) *****
517157126*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates LLC,    P.O. Box 12914,
                   Norfolk, VA 23541)
517157128*      +Premier Family Medicine,    5 Walter Foran Blvd, Ste 4000,    Flemington, NJ 08822-4675
517157141*       RWJ Physician Enterprise PA,    P.O. Box 826405,    Philadelphia, PA 19182-6405
517157137*      +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
517157143*       Selip & Stylianou, LLP,    199 Crossways Park Drive, P.O. Box 366,    Woodbury, NY 11797-0366
517157148*      +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517157154*      +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
                                                                                              TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Scott E. Kaplan    on behalf of Debtor Brian M Schoener scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com
              Scott E. Kaplan    on behalf of Joint Debtor Amy N Schoener scott@sekaplanlaw.com,
               felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```