**Last revised: August 1, 2017**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____17-32250_____ |
| Brian M. Schoener & Amy N. Schoener, | Judge: ___Michael B. Kaplan___ |
| Debtor(s) | |

## Chapter 13 Plan and Motions

☒ Original  ☐ Modified/Notice Required  Date: _____11/9/17_____

☒ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____SEK____   Initial Debtor: _____BMS_____   Initial Co-Debtor: _____ANS_____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____100.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____12/1/17_____ for approximately _____60_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☒    Other sources of funding (describe source, amount and date when funds are available):

In addition to the 100.00 x 60 months, debtor is to pay his bonus of 5500.00 to Trustee every 6 months beginning April 1, 2018. Bonus payments to be paid April 1st & October 1st of each year

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description: Modification thru loss mit program of 1st mtg w/ Wilimington Trust, NA on 435 Larwrence Road, Lawrenceville, NJ
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

  a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

  b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2500.00 |
| IRS | taxes 2014-16 | 40,375.46 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: | | |

**Part 4:    Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:  ☒ NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:  ☒ NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☐ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Central Loan Admin/Cenlar<br>Birch Hollow Condo Association<br>Cambridge Property Management Services<br>Florence Township (water & sewer) | 263 Birch Hollow Drive, Bordentown, NJ - to be surrendered in full satisfaction of creditor's claim | unknown | none |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Provident Bank (43 Milestone Drive Ringoes, NJ - loan is current)
Ally Financial (2015 NIssan Armada)
American Honda
Peak 5

| g. Secured Claims to be Paid in Full Through the Plan: ☒ NONE | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| | | |

**Part 5:   Unsecured Claims ☐ NONE**

    a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

    ☒ Not less than $ 12,000.00          to be distributed *pro rata*

    ☐ Not less than _____ percent

    ☐ *Pro Rata* distribution from any remaining funds

    b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

**Part 6:   Executory Contracts and Unexpired Leases ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Nissan Infiniti | none | auto lease | assume lease | |

**Part 7:    Motions ☐ NONE**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |

b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Midland Funding (DC-001496-17) | residence |  |  | 583,476 | 0.00 | all |
| Midland Funding Synchrony Bank (DC-000529-17; VJ-000661-17) |  | 6348.42 |  |  |  | all all |
| Synchrony Bank (DC-000387-17; VJ-000640-17) |  | 5972.25 |  |  |  | all |
| Kevan & Ruby Brown (SC-985-17) |  | 3587.00 |  |  |  | all |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Attorney/Administrative
3) Secured
4) Priority          5) Unsecured

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:  Modification  ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

**Part 10:  Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 11/9/17                    /s/Scott E. Kaplan
                                 Attorney for the Debtor

Date: 11/9/17                    /s/Brian M. Schoener
                                 Debtor

Date: 11/9/17                    /s/Amy N. Schoener
                                 Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 11/9/17 /s/Scott E. Kaplan
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 11/9/17 /s/Brian M. Schoener
Debtor

Date: 11/9/17 /s/Amy N. Schoener
Joint Debtor

```
                                United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                    Case No. 17-32250-MBK
Brian M Schoener                                                          Chapter 13
Amy N Schoener
            Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 3                   Date Rcvd: Nov 13, 2017
                              Form ID: pdf901               Total Noticed: 97

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
db/jdb         +Brian M Schoener,    Amy N Schoener,    43 Milestone Drive,    Ringoes, NJ 08551-2039
517157058      +Aes/wells,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
517157061      +American Profit Recovery,    34505 W. 12 Mile Road, Ste 333,    Farmington, MI 48331-3288
517157062      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517157064     #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
517157065       Best Buy Credit Services,    P.O. Box 9001007,    Louisville, KY 40290-1007
517157066      +Cambridge Property Management Services,    301 Birch Hollow Drive,    Bordentown, NJ 08505-4253
517157067       Capital Health Advanced Imaging PC,    P.O. Box 3246,    Indianapolis, IN 46206-3246
517157068       Capital Health Medical Center-Hopewell,    One Capital Way,    Pennington, NJ 08534-2520
517157069      +Capital One,    Attn: Bankruptcy,    Po Box 30253,    Salt Lake City, UT 84130-0253
517157070       Capital One Retail Services,    P.O Box 71106,    Charlotte, NC 28272-1106
517157071      +Capital One/Helzberg,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517157076       Chase Receivables,    P.O. Box 659,    Caldwell, NJ 07007-0659
517157077       Citibank, N.A.,    P.O. Box 790131,    Saint Louis, MO 63179-0131
517157078      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
517157079      +Comenity Bank/Mandees,    Po Box 182125,    Columbus, OH 43218-2125
517157080      +Complete Collection Services,    1007 N. Federal Hwy.#280,    Fort Lauderdale, FL 33304-1422
517157081       Costco Anywhere Visa Card by Citi,    P.O. Box 790057,    Saint Louis, MO 63179-0057
517157082      +D & A Services,    1400 E Touhy Ave, Ste G2,    Des Plaines, IL 60018-3338
517157083      +David Nenna MD, PA,    1465 Route 31 South, The Concourse at BB,    Annandale, NJ 08801-3129
517157084      +Direct TV,    PO Box 5007,    Carol Stream, IL 60197-5007
517157087       ERC,    PO Box 23870,    Jacksonville, FL 32241-3870
517157086      +Educaid-wach/Wells Fargo,    Wells Fargo BK Dept. MAC X2505-033,    Po Box 10438,
                 DesMoines, IA 50306-0438
517157089      +GC Services LP,    6330 Gulfton,    Houston, TX 77081-1198
517157090       Hamilton Dental Assoc,    2929 Klockner Rd,    Trenton, NJ 08690-2809
517157091       Hunterdon Center for Surgery LLC,    9100 Wescott Drive, Ste 201,    Flemington, NJ 08822-4677
517157092      +Hunterdon Family Physicians,    111 Route 31, Ste 111,    Flemington, NJ 08822-4953
517157093       Hunterdon Medical Center,    10604 Justin Dr,    Urbandale, IA 50322-3755
517157094      +Hunterdon Orthopedic Institute PA,    8100 Wescott Drive, Ste 101,    Flemington, NJ 08822-4671
517157095      +Hunterdon Otolaryngology Assoc,    6 Sand Hill Road, Ste 302,    Flemington, NJ 08822-4946
517157096       IC System,    P.O. Box 64437,    Saint Paul, MN 55164-0437
517157098      +Jefferson Health,    833 Chestnut Street, Ste 115,    Philadelphia, PA 19107-4401
517157100      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517157099      +Kevan Brown & Ruby Brown,    39 Clydesdale Drive,    Burlington, NJ 08016-3078
517157102       Laboratory Corp of America Holdings,    P.O. Box 2240,    Burlington, NC 27216-2240
517157103       Laboratory Corp of America Holdings,    Attn: LCA Collections P.O. Box 2240,
                 Burlington, NC 27216-2240
517157104      +Lawn Tech,    254 Little York Pattenburg Road,    Milford, NJ 08848-2060
517157106      +Lyons, Doughty, Veldhuis,    136 Gaither Dr, Suite 100,    Mount Laurel, NJ 08054-2239
517157111      +Midland Funding LLC assgnee Synchrony Bk,    c/o Pressler & Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
517157112      +Midwest Recovery Syste,    Po Box 899,    Florissant, MO 63032-0899
517157117       NJ Spine and Pain Center, Inc,    2109-2111 Klockner Road,    Trenton, NJ 08690-3403
517157118      +NJ Turnpike Authority,    P.O. Box 4971,    Trenton, NJ 08650-4971
517157113       Nationwide Credit, Inc,    P.O. Box 14581,    Des Moines, IA 50306-3581
517174930       Nissan - Infiniti LT,    PO Box 660366,    Dallas, TX 75266-0366
517157115      +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
517157134      +PSE&G - Bankruptcy Dept.,    PO Box 490,    Cranford, NJ 07016-0490
517157119      +Peak 5,    6782 S Potomac St,    Englewood, CO 80112-4585
517157121       Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
517157120       Penn Medicine,    UPHS Physicians Patient Pay,    P.O. Box 824406,    Philadelphia, PA 19182-4406
517157122      +Pink Breast Center,    680 Broadway, Ste 111,    Paterson, NJ 07514-1526
517157127      +Premier Family Medicine,    5 Walter Foran Blvd, Ste 4000,    Flemington, NJ 08822-4675
517157129      +Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517157130      +Princeton Surgical Specialties, PA,    300B Princeton Hightstown Road, Ste 101,
                 Hightstown, NJ 08520-1400
517157131       ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
517157132      +Progressive Financial Services, INc,    P.O. Box 22083,    Tempe, AZ 85285-2083
517157135       Quest Diagnostics,    P.O. Box 7308,    Hollister, MO 65673-7308
517157140       RWJ Physician Enterprise PA,    P.O. Box 826405,    Philadelphia, PA 19182-6405
517157136      +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
517157142       Selip & Stylianou, LLP,    199 Crossways Park Drive, P.O. Box 366,    Woodbury, NY 11797-0366
517157150      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
517157153      +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
517157155      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517157156       Walter S. Lapicki, DO,    P.O. Box 29,    Oldwick, NJ 08858-0029
517157157      +Wells Fargo Education Fncl Srvs,    Attn: Bankruptcy,    Po Box 5185,
                 Sioux Falls, SD 57117-5185
517157158      +Wellsfargo,    Attn: Bankruptcy,    Po Box 9210,    Des Moines, IA 50306-9210
```

```
District/off: 0312-3           User: admin                  Page 2 of 3                   Date Rcvd: Nov 13, 2017
                               Form ID: pdf901              Total Noticed: 97


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 13 2017 23:36:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 13 2017 23:36:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517157060       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 13 2017 23:36:42      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
517157063       E-mail/Text: legal@arsnational.com Nov 13 2017 23:36:24      ARS National Services Inc,
                 P.O. Box 469046,    Escondido, CA 92046-9046
517157057      +E-mail/Text: bknotices@conduent.com Nov 13 2017 23:37:22      Acs/slm Trust,    501 Bleecker St,
                 Utica, NY 13501-2401
517157059      +E-mail/Text: ally@ebn.phinsolutions.com Nov 13 2017 23:35:55      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
517157072      +E-mail/Text: bankruptcy@cavps.com Nov 13 2017 23:36:47      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517157073      +E-mail/Text: bankruptcy@cavps.com Nov 13 2017 23:36:47      Cavalry Portfolio Services, LLC,
                 P.O. Box 520,    Valhalla, NY 10595-0520
517157074      +E-mail/Text: kzoepfel@credit-control.com Nov 13 2017 23:36:39      Central Loan Admin & R,
                 425 Phillips Bv,    Ewing, NJ 08618-1430
517157075      +E-mail/Text: bankruptcy@certifiedcollection.com Nov 13 2017 23:36:26
                 Certified Credit & Collection Bureau,    P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
517174292       E-mail/Text: mrdiscen@discover.com Nov 13 2017 23:35:55      Discover Bank,
                 Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
517157085      +E-mail/Text: mrdiscen@discover.com Nov 13 2017 23:35:55      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517157088      +E-mail/Text: fggbanko@fgny.com Nov 13 2017 23:35:58      Forster, Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
517157097       E-mail/Text: cio.bncmail@irs.gov Nov 13 2017 23:36:08      IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517157101      +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 13 2017 23:35:58      Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517157105      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2017 23:46:24
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
517157107      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 13 2017 23:36:34      Midland Credit Management, Inc,
                 2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517157109      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 13 2017 23:36:34      Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
517157114      +E-mail/PDF: pa_dc_claims@navient.com Nov 13 2017 23:39:11      Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
517157123       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2017 23:46:36
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517157125       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2017 00:13:41
                 Portfolio Recovery Associates LLC,    P.O. Box 12914,    Norfolk, VA 23541
517157133      +E-mail/Text: bknotices@providentnj.com Nov 13 2017 23:37:06      Provident Bank,
                 100 Wood Ave S,    Iselin, NJ 08830-2716
517157138      +E-mail/Text: bkdepartment@rtresolutions.com Nov 13 2017 23:36:43      Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
517157139      +E-mail/Text: bkrpt@retrievalmasters.com Nov 13 2017 23:36:34
                 Retrieval Masters Creditors Bureau, Inc,    4 Westchester Plaza, Ste 110,
                 Elmsford, NY 10523-1616
517157144      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 23:39:27      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517158350      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 23:39:06      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517157145      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 23:39:27      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517157146      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 23:39:27      Synchrony Bank/Gap,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517157147      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 23:39:17      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517157149      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2017 23:39:16      Synchrony Bank/TJX,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517157152       E-mail/Text: bankruptcy@td.com Nov 13 2017 23:36:40      Td Banknorth,    Attn: Bankruptcy,
                 Po Box 1190,    Lewston, ME 04243
517157151      +E-mail/Text: bankruptcy@td.com Nov 13 2017 23:36:40      TD Bank,    1701 Route 70 East,
                 Cherry Hill, NJ 08003-2335
                                                                                               TOTAL: 32

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517157108*     +Midland Credit Management, Inc,    2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517157110*     +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
517157116*     +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
                 Dallas, TX 75266-0360
517157124*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,     Po Box 41067,    Norfolk, VA 23541)
```

```
District/off: 0312-3          User: admin              Page 3 of 3                Date Rcvd: Nov 13, 2017
                              Form ID: pdf901          Total Noticed: 97


              ***** BYPASSED RECIPIENTS (continued) *****
517157126*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates LLC,     P.O. Box 12914,
                   Norfolk, VA 23541)
517157128*      +Premier Family Medicine,    5 Walter Foran Blvd, Ste 4000,    Flemington, NJ 08822-4675
517157141*       RWJ Physician Enterprise PA,    P.O. Box 826405,    Philadelphia, PA 19182-6405
517157137*      +Raymour & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
517157143*       Selip & Stylianou, LLP,    199 Crossways Park Drive, P.O. Box 366,     Woodbury, NY 11797-0366
517157148*      +Synchrony Bank/Lowes,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
517157154*      +Traf Group Inc/A-1 Collections,    2297 St Hwy 33,    Ste 906,    Hamilton Square, NJ 08690-1717
                                                                                              TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2017 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Scott E. Kaplan    on behalf of Debtor Brian M Schoener scott@sekaplanlaw.com,
        felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com
        Scott E. Kaplan    on behalf of Joint Debtor Amy N Schoener scott@sekaplanlaw.com,
        felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 4