Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–32250–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian M Schoener
43 Milestone Drive
Ringoes, NJ 08551

Amy N Schoener
43 Milestone Drive
Ringoes, NJ 08551

Social Security No.:
  xxx–xx–3511

                       xxx–xx–5160

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
     Debtor and Joint Debtor was entered on May 23, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 23, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-32250-MBK
Brian M Schoener                                               Chapter 13
Amy N Schoener
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin           Page 1 of 4          Date Rcvd: May 23, 2018
                             Form ID: 148           Total Noticed: 123


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db/jdb        +Brian M Schoener,   Amy N Schoener,   43 Milestone Drive,   Ringoes, NJ 08551-2039
ptcrd         +Scott E Kaplan,   5 S. Main Street,   Allentown, Ne  08501,   US 08501-1686
517157058     +Aes/wells,   Attn: Bankruptcy,   Po Box 2461,   Harrisburg, PA 17105-2461
517157061     +American Profit Recovery,   34505 W. 12 Mile Road, Ste 333,   Farmington, MI 48331-3288
517157065      Best Buy Credit Services,   P.O. Box 9001007,   Louisville, KY 40290-1007
517376818      CAPITAL HEALTH SYSTEMS,   C/O CCCB,   PO BOX 1750,   WHITEHOUSE STATION, NJ 08889-1750
517157066     +Cambridge Property Management Services,   301 Birch Hollow Drive,   Bordentown, NJ 08505-4253
517157067      Capital Health Advanced Imaging PC,   P.O. Box 3246,   Indianapolis, IN 46206-3246
517157068      Capital Health Medical Center-Hopewell,   One Capital Way,   Pennington, NJ 08534-2520
517157076      Chase Receivables,   P.O. Box 659,   Caldwell, NJ 07007-0659
517157077      Citibank, N.A.,   P.O. Box 790131,   Saint Louis, MO 63179-0131
517157078     +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                S Louis, MO 63179-0040
517157080     +Complete Collection Services,   1007 N. Federal Hwy.#280,   Fort Lauderdale, FL 33304-1422
517157081      Costco Anywhere Visa Card by Citi,   P.O. Box 790057,   Saint Louis, MO 63179-0057
517157082     +D & A Services,   1400 E Touhy Ave, Ste G2,   Des Plaines, IL 60018-3338
517157083     +David Nenna MD, PA,   1465 Route 31 South, The Concourse at BB,   Annandale, NJ 08801-3129
517289972      Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                Kirkland, WA  98083-0657
517157084     +Direct TV,   PO Box 5007,   Carol Stream, IL 60197-5007
517351692     +Directv, LLC,   by American InfoSource LP as agent,   4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
517157087      ERC,   PO Box 23870,   Jacksonville, FL 32241-3870
517157089     +GC Services LP,   6330 Gulfton,   Houston, TX 77081-1198
517157090      Hamilton Dental Assoc,   2929 Klockner Rd,   Trenton, NJ 08690-2809
517370801     +HomeBridge Financial Services, Inc.,   c/o Cenlar FSB,   425 Phillips Blvd,
                Ewing, NJ 08618-1430
517157091      Hunterdon Center for Surgery LLC,   9100 Wescott Drive, Ste 201,   Flemington, NJ 08822-4677
517157092     +Hunterdon Family Physicians,   111 Route 31, Ste 111,   Flemington, NJ 08822-4953
517157093      Hunterdon Medical Center,   10604 Justin Dr,   Urbandale, IA 50322-3755
517157094     +Hunterdon Orthopedic Institute PA,   8100 Wescott Drive, Ste 101,   Flemington, NJ 08822-4671
517157095     +Hunterdon Otolaryngology Assoc,   6 Sand Hill Road, Ste 302,   Flemington, NJ 08822-4946
517157098     +Jefferson Health,   833 Chestnut Street, Ste 115,   Philadelphia, PA 19107-4401
517157100     +KML Law Group, PC,   216 Haddon Ave, Ste 406,   Collingswood, NJ 08108-2812
517157099     +Kevan Brown & Ruby Brown,   39 Clydesdale Drive,   Burlington, NJ 08016-3078
517157102      Laboratory Corp of America Holdings,   P.O. Box 2240,   Burlington, NC 27216-2240
517157103      Laboratory Corp of America Holdings,   Attn: LCA Collections P.O. Box 2240,
                Burlington, NC 27216-2240
517157104     +Lawn Tech,   254 Little York Pattenburg Road,   Milford, NJ 08848-2060
517157106     +Lyons, Doughty, Veldhuis,   136 Gaither Dr, Suite 100,   Mount Laurel, NJ 08054-2239
517157111     +Midland Funding LLC assgnee Synchrony Bk,   c/o Pressler & Pressler, LLP,   7 Entin Road,
                Parsippany, NJ 07054-5020
517157112     +Midwest Recovery Syste,   Po Box 899,   Florissant, MO 63032-0899
517220060     +NEW JERSEY TURNPIKE AUTHORITY,   c/o Mark Schneider, Esq.,   1 Turnpike Plaza, P.O. Box 5042,
                Woodbridge, NJ 07095-5042
517157117      NJ Spine and Pain Center, Inc,   2109-2111 Klockner Road,   Trenton, NJ 08690-3403
517157118     +NJ Turnpike Authority,   P.O. Box 4971,   Trenton, NJ 08650-4971
517157113      Nationwide Credit, Inc,   P.O. Box 14581,   Des Moines, IA 50306-3581
517174930      Nissan - Infiniti LT,   PO Box 660366,   Dallas, TX 75266-0366
517157115     +Nissan Motor Acceptance Corp/Infinity Lt,   Attn: Bankruptcy,   Po Box 660360,
                Dallas, TX 75266-0360
517200137     +PHEAA,   PO Box 8147,   Harrisburg, PA 17105-8147
517157134     +PSE&G - Bankruptcy Dept.,   PO Box 490,   Cranford, NJ 07016-0490
517157119     +Peak 5,   6782 S Potomac St,   Englewood, CO 80112-4585
517157121      Penn Medicine,   P.O. Box 824406,   Philadelphia, PA 19182-4406
517157120      Penn Medicine,   UPHS Physicians Patient Pay,   P.O. Box 824406,   Philadelphia, PA 19182-4406
517157122     +Pink Breast Center,   680 Broadway, Ste 111,   Paterson, NJ 07514-1526
517157127     +Premier Family Medicine,   5 Walter Foran Blvd, Ste 4000,   Flemington, NJ 08822-4675
517157129     +Pressler & Pressler,   7 Entin Rd,   Parsippany, NJ 07054-5020
517157130      Princeton Surgical Specialties, PA,   300B Princeton Hightstown Road, Ste 101,
                Hightstown, NJ 08520-1400
517157131      ProCo,   P.O. Box 2462,   Aston, PA 19014-0462
517157132     #+Progressive Financial Services, INc,   P.O. Box 22083,   Tempe, AZ 85285-2083
517157135      Quest Diagnostics,   P.O. Box 7308,   Hollister, MO 65673-7308
517157140      RWJ Physician Enterprise PA,   P.O. Box 826405,   Philadelphia, PA 19182-6405
517157136     +Raymour & Flanigan,   Attn: Legal Dept,   7248 Morgan Rd,   Liverpool, NY 13090-4535
517157142      Selip & Stylianou, LLP,   199 Crossways Park Drive, P.O. Box 366,   Woodbury, NY 11797-0366
517157153     +Traf Group Inc/A-1 Collections,   2297 St Hwy 33,   Ste 906,   Hamilton Square, NJ 08690-1717
517157155     +Visa Dept Store National Bank/Macy's,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
517157156      Walter S. Lapicki, DO,   P.O. Box 29,   Oldwick, NJ 08858-0029

District/off: 0312-3            User: admin              Page 2 of 4            Date Rcvd: May 23, 2018
                               Form ID: 148              Total Noticed: 123


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2018 22:26:28      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2018 22:26:27      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
lm             +E-mail/Text: bknotices@providentnj.com May 23 2018 22:26:36      Provident Bank,
                100 Wood Ave South,    Iselin, NJ 08830-2716
cr             +E-mail/Text: bknotices@providentnj.com May 23 2018 22:26:36      The Provident Bank,
                c/o Provident Bank,    100 Wood Avenue South,    Iselin, NJ 08830-2716
517157060       EDI: HNDA.COM May 24 2018 02:23:00      American Honda Finance,    Po Box 168088,
                Irving, TX 75016
517157063       EDI: ARSN.COM May 24 2018 02:23:00      ARS National Services Inc,    P.O. Box 469046,
                Escondido, CA 92046-9046
517157057      +E-mail/Text: bknotices@conduent.com May 23 2018 22:26:40      Acs/slm Trust,    501 Bleecker St,
                Utica, NY 13501-2401
517180623       EDI: GMACFS.COM May 24 2018 02:23:00      Ally Capital,    PO Box 130424,
                Roseville MN 55113-0004
517157059      +EDI: GMACFS.COM May 24 2018 02:23:00      Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                Bloomington, MN 55438-0901
517274236       EDI: BECKLEE.COM May 24 2018 02:23:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517157062      +EDI: AMEREXPR.COM May 24 2018 02:23:00      Amex,    Correspondence,    Po Box 981540,
                El Paso, TX 79998-1540
517371222       EDI: RESURGENT.COM May 24 2018 02:23:00      Ashley Funding Services, LLC its successors and,
                assigns as assignee of Laboratory,    Corporation of America Holdings,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517157064      +EDI: BANKAMER.COM May 24 2018 02:24:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                Greensboro, NC 27420-6012
517157069      +EDI: CAPITALONE.COM May 24 2018 02:24:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                Salt Lake City, UT 84130-0253
517256191       EDI: CAPITALONE.COM May 24 2018 02:24:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
517157070       EDI: CAPITALONE.COM May 24 2018 02:24:00      Capital One Retail Services,    P.O Box 71106,
                Charlotte, NC 28272-1106
517221627       EDI: BL-BECKET.COM May 24 2018 02:24:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
517157071      +EDI: CAPITALONE.COM May 24 2018 02:24:00      Capital One/Helzberg,    Attn: Bankruptcy,
                Po Box 30285,    Salt Lake City, UT 84130-0285
517157072      +E-mail/Text: bankruptcy@cavps.com May 23 2018 22:26:32      Cavalry Portfolio Services,
                Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517157073      +E-mail/Text: bankruptcy@cavps.com May 23 2018 22:26:32      Cavalry Portfolio Services, LLC,
                P.O. Box 520,    Valhalla, NY 10595-0520
517308811      +E-mail/Text: bankruptcy@cavps.com May 23 2018 22:26:32      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517157074      +E-mail/Text: kzoepfel@credit-control.com May 23 2018 22:26:28      Central Loan Admin & R,
                425 Phillips Bv,    Ewing, NJ 08618-1430
517157075      +E-mail/Text: bankruptcy@certifiedcollection.com May 23 2018 22:26:26
                Certified Credit & Collection Bureau,    P.O. Box 1750,    Whitehouse Station, NJ 08889-1750
517157079      +EDI: WFNNB.COM May 24 2018 02:23:00      Comenity Bank/Mandees,    Po Box 182125,
                Columbus, OH 43218-2125
517373637      +E-mail/Text: bncmail@w-legal.com May 23 2018 22:26:31      Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517174292       EDI: DISCOVER.COM May 24 2018 02:23:00      Discover Bank,    Discover Products Inc.,
                PO Box 3025,    New Albany, OH 43054-3025
517157085      +EDI: DISCOVER.COM May 24 2018 02:23:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
517157086      +EDI: WFFC.COM May 24 2018 02:23:00      Educaid-wach/Wells Fargo,
                Wells Fargo BK Dept. MAC X2505-033,    Po Box 10438,    DesMoines, IA 50306-0438
517157088      +E-mail/Text: fggbanko@fgny.com May 23 2018 22:26:22      Forster, Garbus & Garbus,
                7 Banta Place,    Hackensack, NJ 07601-5604
517157096       EDI: IIC9.COM May 24 2018 02:24:00      IC System,    P.O. Box 64437,    Saint Paul, MN 55164-0437
517157097       EDI: IRS.COM May 24 2018 02:24:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
517157101      +EDI: CBSKOHLS.COM May 24 2018 02:23:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                Milwaukee, WI 53201-3043
517369565       EDI: RESURGENT.COM May 24 2018 02:23:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Capital One, N.A.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517157105      +EDI: RESURGENT.COM May 24 2018 02:23:00      LVNV Funding/Resurgent Capital,    Po Box 10497,
                Greenville, SC 29603-0497
517157107      +EDI: MID8.COM May 24 2018 02:23:00      Midland Credit Management, Inc,
                2365 Northside Drive, Ste 300,    San Diego, CA 92108-2709
517157109      +EDI: MID8.COM May 24 2018 02:23:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                San Diego, CA 92193-9069
517263651      +EDI: MID8.COM May 24 2018 02:23:00      Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011

```
District/off: 0312-3          User: admin              Page 3 of 4              Date Rcvd: May 23, 2018
                              Form ID: 148              Total Noticed: 123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517157114      +EDI: NAVIENTFKASMSERV.COM May 24 2018 02:23:00      Navient,  Attn: Bankruptcy,  Po Box 9500,
                Wilkes-Barr, PA 18773-9500
517157123       EDI: PRA.COM May 24 2018 02:23:00      Portfolio Recovery,  Po Box 41067,  Norfolk, VA 23541
517157125       EDI: PRA.COM May 24 2018 02:23:00      Portfolio Recovery Associates LLC,  P.O. Box 12914,
                Norfolk, VA 23541
517298674       EDI: PRA.COM May 24 2018 02:23:00      Portfolio Recovery Associates, LLC,
                c/o Capital One Bank, N.a.,  POB 41067,  Norfolk VA 23541
517222184       EDI: PRA.COM May 24 2018 02:23:00      Portfolio Recovery Associates, LLC,  c/o Gap,
                POB 41067,  Norfolk VA 23541
517222953       EDI: PRA.COM May 24 2018 02:23:00      Portfolio Recovery Associates, LLC,  c/o Overstock.com,
                POB 41067,  Norfolk VA 23541
517157133      +E-mail/Text: bknotices@providentnj.com May 23 2018 22:26:36      Provident Bank,
                100 Wood Ave S,  Iselin, NJ 08830-2716
517350809       EDI: Q3G.COM May 24 2018 02:24:00      Quantum3 Group LLC as agent for,
                Crown Asset Management LLC,  PO Box 788,  Kirkland, WA  98083-0788
517362298       EDI: Q3G.COM May 24 2018 02:24:00      Quantum3 Group LLC as agent for,  MOMA Funding LLC,
                PO Box 788,  Kirkland, WA  98083-0788
517157138      +E-mail/Text: bkdepartment@rtresolutions.com May 23 2018 22:26:31      Real Time Resolutions,
                Attn: Bankruptcy,  Po Box 36655,  Dallas, TX 75235-1655
517157139      +EDI: RMCB.COM May 24 2018 02:23:00      Retrieval Masters Creditors Bureau, Inc,
                4 Westchester Plaza, Ste 110,  Elmsford, NY 10523-1616
517157144      +EDI: RMSC.COM May 24 2018 02:24:00      Syncb/Lord & Taylor,  Attn: Bankruptcy,  Po Box 965060,
                Orlando, FL 32896-5060
517158350      +EDI: RMSC.COM May 24 2018 02:24:00      Synchrony Bank,  c/o of PRA Receivables Management, LLC,
                PO Box 41021,  Norfolk, VA 23541-1021
517157145      +EDI: RMSC.COM May 24 2018 02:24:00      Synchrony Bank/Amazon,  Attn: Bankruptcy,
                Po Box 965060,  Orlando, FL 32896-5060
517157146      +EDI: RMSC.COM May 24 2018 02:24:00      Synchrony Bank/Gap,  Attn: Bankruptcy,  Po Box 965060,
                Orlando, FL 32896-5060
517157147      +EDI: RMSC.COM May 24 2018 02:24:00      Synchrony Bank/Lowes,  Attn: Bankruptcy,
                Po Box 965060,  Orlando, FL 32896-5060
517157149      +EDI: RMSC.COM May 24 2018 02:24:00      Synchrony Bank/TJX,  Attn: Bankruptcy,  Po Box 965060,
                Orlando, FL 32896-5060
517157151       EDI: TDBANKNORTH.COM May 24 2018 02:24:00      TD Bank,  1701 Route 70 East,
                Cherry Hill, NJ 08034
517157152       EDI: TDBANKNORTH.COM May 24 2018 02:24:00      Td Banknorth,  Attn: Bankruptcy,  Po Box 1190,
                Lewston, ME 04243
517374477      +E-mail/Text: bncmail@w-legal.com May 23 2018 22:26:31      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,  2001 WESTERN AVENUE, STE 400,  SEATTLE, WA 98121-3132
517157150      +EDI: WTRRNBANK.COM May 24 2018 02:23:00      Target,  C/O Financial & Retail Srvs,
                Mailstopn BT POB 9475,  Minneapolis, MN 55440-9475
517256424      +EDI: AIS.COM May 24 2018 02:23:00      Verizon,  by American InfoSource LP as agent,
                4515 N Santa Fe Ave,  Oklahoma City, OK 73118-7901
517214435       EDI: WFFC.COM May 24 2018 02:23:00      Wells Fargo Bank, N.A.,
                Wells Fargo Education Financial Services,  PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
517157157      +EDI: WFFC.COM May 24 2018 02:23:00      Wells Fargo Education Fncl Srvs,  Attn: Bankruptcy,
                Po Box 5185,  Sioux Falls, SD 57117-5185
517157158      +EDI: WFFC.COM May 24 2018 02:23:00      Wellsfargo,  Attn: Bankruptcy,  Po Box 9210,
                Des Moines, IA 50306-9210
                                                                             TOTAL: 62

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517157108*     +Midland Credit Management, Inc,  2365 Northside Drive, Ste 300,  San Diego, CA 92108-2709
517157110*     +Midland Funding,  Attn: Bankruptcy,  Po Box 939069,  San Diego, CA 92193-9069
517157116*     +Nissan Motor Acceptance Corp/Infinity Lt,  Attn: Bankruptcy,  Po Box 660360,
                Dallas, TX 75266-0360
517157124*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,  PO BOX 41067,  NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,  Po Box 41067,  Norfolk, VA 23541)
517157126*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,  PO BOX 41067,  NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates LLC,  P.O. Box 12914,
                Norfolk, VA 23541)
517157128*     +Premier Family Medicine,  5 Walter Foran Blvd, Ste 4000,  Flemington, NJ 08822-4675
517157141*      RWJ Physician Enterprise PA,  P.O. Box 826405,  Philadelphia, PA 19182-6405
517157137*     +Raymour & Flanigan,  Attn: Legal Dept,  7248 Morgan Rd,  Liverpool, NY 13090-4535
517157143*      Selip & Stylianou, LLP,  199 Crossways Park Drive, P.O. Box 366,  Woodbury, NY 11797-0366
517157148*     +Synchrony Bank/Lowes,  Attn: Bankruptcy,  Po Box 965060,  Orlando, FL 32896-5060
517157154*     +Traf Group Inc/A-1 Collections,  2297 St Hwy 33,  Ste 906,  Hamilton Square, NJ 08690-1717
                                                                  TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3        User: admin              Page 4 of 4              Date Rcvd: May 23, 2018
                           Form ID: 148             Total Noticed: 123
```

                    ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   HomeBridge Financial Services, Inc.
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeffrey E. Jenkins    on behalf of Debtor Brian M Schoener jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Jeffrey E. Jenkins    on behalf of Joint Debtor Amy N Schoener jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Rebecca Ann Solarz    on behalf of Creditor   HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          Robert P. Saltzman    on behalf of Creditor   The Provident Bank dnj@pbslaw.org
          Scott E. Kaplan    on behalf of Petitioning Creditor Scott E Kaplan scott@sekaplanlaw.com,
           felisha@sekaplanlaw.com,sekparalegal@gmail.com,blum_rick@yahoo.com,anthonyninicpa@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 8
```